By the Court
 

 The action is well brought, as it is founded on a contraft, in which the Defendant exprefsly ftipu-fetes, that he will receive the flock from, and pav the price to,
 
 *506
 

 Jofepb Boggs, or bis order.
 
 On general principles of taw, nock contraéis cannot be regarded as negotiable; but a con-tralor may certainly make himfelf liable as if they werefo i and the maxim,
 
 modus et conventio vincunt
 
 leges, applies forcibly to the cafe;
 

 With refpeft to the alledged inconvenience, that in the pre-fent form of a ¿lion the Defendant is debarred from the benefit of a fet-off, it would be enough to anfwer, that as this is the confequence of his own a<ft and agreement, he has no reafonable caufe of complaint; But it is alfo obvious, that when the contract was aifigned, and the prefent a£tion was inftituted,. there did not exift between him and
 
 Boggs
 
 any mutual debt, or demand, which could be the fubj e£t of defalcation, upon the principles of the a£i of Affembly.
 

 VeRdict for the
 
 Plaintiff,